1022-14

# ELECTRONIC RECORD

COA # 14-12-01085-CR

STYLE: Travoy Ramon Hollie v The State of Texas

COA DISPOSITION: Affirmed as Modified

DATE: July 29, 2014   Publish: No

OFFENSE: Theft

COUNTY: Harris

TRIAL COURT: 248th District Court

TC CASE #:1326496

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Travoy Ramon Hollie v The State of Texas

CCA # _____

_____ *APPELLANT'S* Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____ REFUSED _____
DATE: _____ NOVEMBER 26, 2014 _____
JUDGE: _____ Per Curiam _____

CCA Disposition: _____ **1022-14**
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**